William H. Johnson #01895419
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 APR 16 PM 12:08

Keith E. Hottle
KEITH E. HOTTLE, CLERK

<u>10TH of APRIL 2015</u>

Keith E. Hottle, Clerk
Court of Appeals (4TH District)
300 Dolorosa, Suite 3200
San Antonio Texas 78205-3037

RE: Court of Appeals #: 4-13-00912-CR
Trial Case Cause #: 2012CRN199D1
Style: William Henry Johnson
v.

The State of Texas

The Appellant's request for copies, Prices,

of individual volume's, Number of individual

volumes and Number of Pages of the Reporter

William H. Johnson #01895419

RECORD(S) ALONG THE NUMBER OF PAGES AND THE PRICE OF THE CLERKS RECORDS. ANY AND ALL ASSISTANCE IS ANTICAPATED AND APPRECIATED.

SINCERLY,
JOHNSON, WILLIAM H.
#01895419

I WILLIAM H. JOHNSON #01895419 BEING PRESENTLY INCARCERATED AT THE MARK W. STILES UNIT LOCATED AT 3060 FM 3514 BEAUMONT TEXAS 77705 DO DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 10TH DAY OF THE MONTH OF APRIL IN THE YEAR 2015

RESPECTFULLY SUBMITTED,

WILLIAM H. JOHNSON #01895419



# COURT OF APPEALS

SANDEE BRYAN
MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

**FOURTH COURT OF APPEALS DISTRICT**
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 2, 2015

David L. Reuthinger, Jr.
Webb County District Attorney's Office
1110 Victoria, Suite 401
Laredo, TX 78040
* DELIVERED VIA E-MAIL *

Oscar O. Pena
P.O. 1324
Laredo, TX 78042-1324
* DELIVERED VIA E-MAIL *

William Henry Johnson #01895419
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

RE:     Court of Appeals Number:   04-13-00912-CR
        Trial Court Case Number:   2012CRN199 D1
        Style:  William Henry Johnson
                v.
                The State of Texas

The Appellant's request for copies in the above styled and numbered cause has this date been received. The cost for the complete appellate record is $815.00 with the fee for postage included. Please include a copy of your request and make check or money order payable to: Fourth Court of Appeals.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jonathan Quintero
Deputy Clerk, Ext. 53220

William Johnson
#01895419
3060 FM 3514
Beaumont, Texas
77705

Court Of Appeals
Forth Court Of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas
78205-3037

NORTH HOUSTON TX 773
13 APR 2015 PM 9 L

* LEGAL *
* MAIL *

FILED
IN THE COURT OF
AT SAN ANTONIO, TEXAS
2015 APR 16 PM 2:02
KEITH E. HOTTLE, CLERK

FOREVER